FILED: November 12, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-1684
(1:21-cv-03798-DCC)

_____

LYNN FREEMAN, on behalf of herself and all others similarly situated

    Plaintiff - Appellee

v.

PROGRESSIVE DIRECT INSURANCE COMPANY

    Defendant - Appellant

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

    For the Court

    <u>/s/ Nwamaka Anowi, Clerk</u>